IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN HOLMES,

   Petitioner,

    v.

BRIAN OWENS,

   Respondent.

CIVIL ACTION FILE
NO. 1:15-CV-2975-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss Petition as Untimely [Doc. 7]. The Petition was filed in 2015 challenging the Petitioner's 2010 conviction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss Petition as Untimely [Doc. 7] is GRANTED. This action is DISMISSED.

SO ORDERED, this 7 day of December, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge